UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEVIVO ASSOCIATES, INC., et al.,

                JUDGMENT

         Plaintiffs,                19-CV-2593 (PKC) (JO)

  v.

NATIONWIDE MUTUAL INSURANCE CO.,

         Defendant.
-----------------------------------------------------------------X

       An Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on July 17, 2019, granting Defendants' motion to dismiss the complaint; it is

       ORDERED and ADJUDGED that the Defendant's motion to dismiss the complaint is granted; and that this case is closed.

Dated: Brooklyn, New York                        Douglas C. Palmer
       July 18, 2019                                 Clerk of Court

                                             By:    */s/Jalitza Poveda*
                                                       Deputy Clerk